# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-4303
_____

RACHEL RENEA MILLER f/k/a
RACHEL RENEA HODGSON,

   Appellant,

   v.

JAMES BRANDON HODGSON,

   Appellee.

_____


On appeal from the Circuit Court for Baker County.
Stanley H. Griffis III, Judge.

August 21, 2018


PER CURIAM.

   AFFIRMED.

WOLF, JAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Lucas J. Taylor of Sellers, Taylor & Morrison, P.A., Live Oak, for Appellant.

Nathan S. Williams, Jacksonville, for Appellee.